**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ANTROLEO GUZMAN-HERNANDEZ,<br>   aka "Jose Luis Gomez-Gomez,"<br>   aka "Jose Gomez,"<br><br>   Defendant. | Case No. 2:24-mj-00463-EJY<br><br>~~[Proposed]~~ **Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment** |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on July 9th, 2024 at the hour of 4:00 p.m., be vacated and continued to August 26, 2024 at the hour of 4:00 p.m. in Courtroom 3D.

DATED this 2nd day of July, 2024.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE